ELMER BENNETT, Respondent, v. CORA B. ALLEN, Appellant.— Judgment and order unanimously affirmed, with costs.

ALICE CHASE, as Administratrix, etc., of LELAND H. CHASE, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed and complaint dismissed, with costs, on the ground that as matter of law the plaintiff's intestate was guilty of contributory negligence. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ALFRED DRYSDALE, Claimant, Respondent, v. JULIUS FRIEDERICH & COMPANY, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent, Appellant, v. THE CITY OF WATERVLIET and Another, Appellants, Respondents.— Judgment unanimously affirmed, without costs.

ALICE J. FEELY, Appellant, v. MORRIS KANTROWITZ, Respondent.— Judgment modified by striking out the words " upon the merits " and as so modified affirmed, without costs; costs being denied on the ground that the relief should have been applied for at Special Term by motion. All concur.

ANDREW FISHER, Respondent, v. SHELDON SMITH, Appellant.— Judgment and order reversed on the ground that the damages are excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to five hundred dollars, in which case the judgment is so modified and as modified the judgment and order are affirmed, without costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. HATTIE E. FOXLUGER, Claimant, Respondent, v. CHARLES H. HAKES and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

CANFIELD JORDAN, Appellant, v. TICONDEROGA PULP AND PAPER COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

JAMES L. McCAGHEY, as Administrator, etc., of LEONARD J. McCAGHEY, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. N. MONROE MARSHALL, as State Treasurer, Claimant, Respondent, v. NORTH AMERICAN PROCESS COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. N. MONROE MARSHALL, as State Treasurer, Claimant, Respondent, v. SERVICE CONSTRUCTION COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

In the Matter of the Application of EARL J. GREEN, Judgment Debtor, Respondent, for His Discharge from Imprisonment under and by Virtue of an Execution against His Person, Issued Out of the Supreme Court, Broome County. CAROL M. TINSLEY, Judgment Creditor, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH O'SHEA, Claimant, Respondent, v. JOHN BRADLEY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.